IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| RENEE BUCO, | ) <br> ) CASE NO. 2:22-cv-02005 <br> ) <br> ) JUDGE ALGENON L. MARBLEY <br> ) |
| *Plaintiff*, | |
| vs. | |
| KERRY INC., | |
| *Defendant*. | |

## NOTICE OF SETTLEMENT

Plaintiff Renee Buco ("Plaintiff") and Defendant Kerry Inc. ("Defendant") (collectively "the Parties"), attended mediation on October 4, 2023, and, by and through their counsel, hereby notify the Court that the Parties have agreed to settle this matter. The Parties are in the process of finalizing the terms of the Settlement Agreement and preparing a Motion for Approval of the Settlement.

Dated: October 10, 2023         Respectfully submitted,

*/s/ Jesse K. Daley*
Jesse K. Daley (0100361)
PNC Center, 26th Floor
201E. 5th street
Cincinnati, Ohio 45202
(513) 898-0050 (phone)
(513) 898-0051 (fax)
Jessse.Daley@Jacksonlewis.com

*Attorney for Defendant,
Kerry, Inc.*

**NILGES DRAHER LLC**

*/s/ Jeffrey J. Moyle*

        Jeffrey J. Moyle (0084854)
        1360 E. 9th Street, Suite 808
        Cleveland, OH 44114
        (216) 230-2955 (phone)
        (330) 754-1430 (fax)
        Jmoyle@ohlaborlaw.com

        Shannon M. Draher (0074304)
        Hans A. Nilges (0076017)
        7266 Portage St., N.W., Suite D
        Massillon, OH 44646
        (330) 470-4428 (phone)
        (330) 754-1430 (fax)
        Sdraher@ohlaborlaw.com
        Hans@ohlaborlaw.com

        *Attorneys for Plaintiff,*
        *Renee Buco*

4884-1589-0566, v. 1